UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Winston-Salem Division

IN RE:

Robert Wayne Whipkey a/w
Cheryl Ives Whipkey,

Case No. B 12-51178 C-7W

Debtor(s).

## MOTION TO VACATE ORDER FILED AUGUST 16, 2013
## ON TRUSTEE'S OBJECTION TO CLAIMS

TO:   Catharine R. Aron
      UNITED STATES BANKRUPTCY JUDGE

   Now comes Edwin H. Ferguson, Jr., Trustee in Bankruptcy for Robert Wayne Whipkey a/w Cheryl Ives Whipkey Debtor, who respectfully moves the Court to issue an Order to Vacate a proposed Order filed on August 16, 2013 on Trustee's Objections to Claim Number 4, 6, 10 & 14.

   Respectfully submitted August 19, 2013.

>                 */s/ Edwin H. Ferguson, Jr.*
>                 Edwin H. Ferguson, Jr.
>                 Ferguson, Scarbrough, Hayes, Hawkins, & DeMay, PA
>                 ATTORNEY FOR TRUSTEE
>                 65 McCachern Blvd., SE
>                 P.O. Box 444
>                 Concord, North Carolina  28026-0444
>                 Telephone:  (704) 788-3211
>                 State Bar No. 6148

# CERTIFICATE OF SERVICE

  I, Edwin H. Ferguson, Jr., attorney for Trustee do hereby certify that I served a copy of the foregoing MOTION TO VACATE PROPOSED ORDER FILED AUGUST 16, 2013 by electronic service only upon:

William P. Miller
U.S. Bankruptcy Court Administrator
Federal Law Center
101 South Edgeworth Street
Greensboro, NC  27402

And upon the following by depositing a copy of the aforesaid document in an envelope in the exclusive care and custody of the U.S. Postal Service with sufficient postage thereon addressed to them at the aforesaid address.

| | |
|---|---|
| Edwin H. Ferguson, Jr. | Capital One, NA |
| Trustee in Bankruptcy | c/o Bass & Associates, PC |
| P.O. Box 444 | 3936 E. Ft. Lowell Road, Suite 200 |
| Concord, NC  28026-0444 | Tucson, AZ 85712 |
| | |
| American InfoSource LP, as agent for | The Bank of New York Mellon, et al c/o |
| Capital One Bank USA, NA | Prober & Raphael, A Law Corporation |
| PO Box 71083 | PO Box 4365 |
| Charlotte, NC 28272-1083 | Woodland Hills, CA 91365-4365 |

  Respectfully submitted August 19, 2013.

         */s/ Edwin H. Ferguson, Jr.*
         Edwin H. Ferguson, Jr.
         Ferguson, Scarbrough, Hayes, Hawkins, & DeMay, PA
         ATTORNEY FOR TRUSTEE
         65 McCachern Blvd., SE
         P.O. Box 444
         Concord, North Carolina  28026-0444
         Telephone:  (704) 788-3211
         State Bar No. 6148