**SO ORDERED.**



**SIGNED this 20th day of August, 2013.**

UNITED STATES BANKRUPTCY COURT

*Catharine R. Aron*

IN RE:

UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| Robert Wayne Whipkey<br>Cheryl Ives Whipkey | Case No. B 12-51178 C-7W |
| Debtor(s). | |

### ORDER TO VACATE ORDER FILED AUGUST 16, 2013
### ON TRUSTEE'S OBJECTION TO CLAIMS

This matter coming on for consideration before the Honorable Catharine R. Aron, United States Bankruptcy Judge upon Trustee's Motion to Vacate the Order filed on August 16, 2013 on Trustee's Objections to Claims.

IT IS THEREFORE ORDERED that the Order filed August 16, 2013 on Trustee's Objections to Claim Number 4, 6, 10 & 14 be vacated and the correct order will be filed after the Deadline to File Objections has expired.

Respectfully submitted August 19, 2013.

/s/ *Edwin H. Ferguson, Jr.*

Edwin H. Ferguson, Jr.
Ferguson, Scarbrough, Hayes, Hawkins, & DeMay, PA
ATTORNEY FOR TRUSTEE
65 McCachern Blvd., SE
P.O. Box 444
Concord, North Carolina 28026-0444
Telephone: (704) 788-3211
State Bar No. 6148

William P. Miller
U.S. Bankruptcy Court Administrator
Federal Law Center
101 South Edgeworth Street
Greensboro, NC 27402

Edwin H. Ferguson, Jr.
Trustee in Bankruptcy
P.O. Box 444
Concord, NC 28026-0444

American InfoSource LP, as agent for
Capital One Bank USA, NA
PO Box 71083
Charlotte, NC 28272-1083

The Bank of New York Mellon, et al c/o
Prober & Raphael, A Law Corporation
PO Box 4365
Woodland Hills, CA 91365-4365

Capital One, NA
c/o Bass & Associates, PC
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712