## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In re: WHIPKEY, ROBERT WAYNE  §  Case No. 12-51178
       WHIPKEY, CHERYL IVES  §
                                     §

Debtors  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on August 16, 2012. The undersigned trustee was appointed on August 16, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $     3,500.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 120.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Leaving a balance on hand of | $ 3,380.00 |

The remaining funds are available for distribution.

Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**TFR (4/1/2009)**

5.  The deadline for filing claims in this case was 02/26/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

6. The Trustee's proposed distribution is attached as **Exhibit D**.

7. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $875.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $875.00, for a total compensation of $875.00.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $82.75, for total expenses of $82.75.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/28/2013            By: /s/Edwin H. Ferguson, Jr.
                            Trustee

**TFR (4/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 12-51178
Case Name: WHIPKEY, ROBERT WAYNE
WHIPKEY, CHERYL IVES
Period Ending: 08/28/13

Trustee: (530160) Edwin H. Ferguson, Jr.
Filed (f) or Converted (c): 08/16/12 (f)
§341(a) Meeting Date: 09/21/12
Claims Bar Date: 02/26/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2803 Dillard Road, Madison NC 27025, Entirety<br>Lien: Mortgage account opened 4/05 - Amount:<br>138706.00;<br>Lien: Revolving account opened 4/05 - Amount:<br>38550.00 | 217,400.00 | 0.00 | | 0.00 | FA |
| 2 | First Citizens Bank Checking Account - FD | 701.71 | 0.00 | | 0.00 | FA |
| 3 | First Citizens Bank Checking/ Savings Account in | 957.32 | 0.00 | | 0.00 | FA |
| 4 | Clothing, Personal, Kitchen Appliances, Stove, R | 2,775.00 | 0.00 | | 0.00 | FA |
| 5 | State Farm Life Insurance Policy: - MD | 3,500.00 | 0.00 | | 0.00 | FA |
| 6 | First Citizens Investor Services IRA - MD | 23,285.49 | 0.00 | | 0.00 | FA |
| 7 | 1999 Chevrolet Express Van; 125K Miles; 90% NADA | 3,037.50 | 1,518.75 | | 1,236.55 | FA |
| 8 | 2001 Chrysler PT Cruiser; 217 K Miles; 90% NADA | 3,060.00 | 1,530.00 | | 1,245.71 | FA |
| 9 | 2002 24" Pioneer Travel Trailer | 2,500.00 | 1,250.00 | | 1,017.74 | FA |
| 10 | 2008 Chrysler PT Cruiser; 83K Miles - MD only | 8,325.00 | 0.00 | | 0.00 | FA |
| 10 | Assets   Totals (Excluding unknown values) | $265,542.02 | $4,298.75 | | $3,500.00 | $0.00 |

**Major Activities Affecting Case Closing:**

8/28/13 - TFR & App for Comp sent to BA for review

Initial Projected Date Of Final Report (TFR): February 28, 2014

Current Projected Date Of Final Report (TFR): March 31, 2014

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 12-51178 | |
| Case Name: | WHIPKEY, ROBERT WAYNE | |
| | WHIPKEY, CHERYL IVES | |
| Taxpayer ID #: | **-***1395 | |
| Period Ending: | 08/28/13 | |

| | |
|---|---|
| Trustee: | Edwin H. Ferguson, Jr. (530160) |
| Bank Name: | The Bank of New York Mellon |
| Account: | ****-******54-66 - Checking Account |
| Blanket Bond: | $16,031,854.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/12 | | Vrsecky Probst & Associates, LLP | Acct #10001; Payment #1; Full Payment of Settlement on 3 Vehicles - 1999 Chevrolet Van, 2001 Chrysler PT Cruiser, 2002 24" Pioneer Trailer | | 3,500.00 | | 3,500.00 |
| | {7} | | Acct #10001; Payment #1; Full Payment of Settlement on 3 Vehicles - 1999 Chevrolet Van, 2001 Chrysler PT Cruiser, 2002 24" Pioneer Trailer | 1,236.55 | 1129-000 | | | 3,500.00 |
| | {8} | | Acct #10001; Payment #1; Full Payment of Settlement on 3 Vehicles - 1999 Chevrolet Van, 2001 Chrysler PT Cruiser, 2002 24" Pioneer Trailer | 1,245.71 | 1129-000 | | | 3,500.00 |
| | {9} | | Acct #10001; Payment #1; Full Payment of Settlement on 3 Vehicles - 1999 Chevrolet Van, 2001 Chrysler PT Cruiser, 2002 24" Pioneer Trailer | 1,017.74 | 1129-000 | | | 3,500.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,475.00 |
| 12/31/12 | | The Bank of New York Mellon | Banking & Technology Fee | 2600-000 | | 25.00 | 3,450.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001053016088 20130103 | 9999-000 | | 3,450.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 3,500.00 | 3,500.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 3,450.00 | |
| Subtotal | 3,500.00 | 50.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $3,500.00 | $50.00 | |

{} Asset reference(s)                                   Printed: 08/28/2013 10:31 AM    V.13.13

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 12-51178 |
| Case Name: | WHIPKEY, ROBERT WAYNE |
| | WHIPKEY, CHERYL IVES |
| Taxpayer ID #: | **-***1395 |
| Period Ending: | 08/28/13 |

| | |
|---|---|
| Trustee: | Edwin H. Ferguson, Jr. (530160) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******4866 - Checking Account |
| Blanket Bond: | $16,031,854.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,450.00 | | 3,450.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,440.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,430.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,420.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,410.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,400.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,390.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,380.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 3,450.00 | 70.00 | $3,380.00 |
| Less: Bank Transfers | | 3,450.00 | 0.00 |
| Subtotal | | 0.00 | 70.00 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $0.00 | $70.00 |

| | |
|---|---|
| Net Receipts : | 3,500.00 |
| Net Estate : | $3,500.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****.******54-66 | 3,500.00 | 50.00 | 0.00 |
| Checking # ******4866 | 0.00 | 70.00 | 3,380.00 |
| | $3,500.00 | $120.00 | $3,380.00 |

{} Asset reference(s)

Printed: 08/28/2013 10:31 AM    V.13.13

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-51178
Case Name: WHIPKEY, ROBERT WAYNE
Trustee Name: Edwin H. Ferguson, Jr.

Claims of secured creditors will be paid as follows:

| Claimant | | Proposed Payment |
|---|---|---|
| | N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | EDWIN H. FERGUSON, JR. | $ 875.00 | $ 82.75 |
| Attorney for trustee | Ferguson, Scarbrough, Hayes, Hawkins, & DeMay, PA | $ 449.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Quarterly Fees, | | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

**TFR (4/1/2009)**

| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,431.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2P-1 | Internal Revenue Service | $ 7,431.91 | $ 1,973.25 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,553.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 -1 | Discover Bank DB Servicing Corporation | $ 5,803.56 | $ 0.00 |
| 2U-1 | Internal Revenue Service | $ 691.70 | $ 0.00 |
| 3 -1 | Dell Financial Services LLC | $ 4,124.06 | $ 0.00 |
| 5 -1 | Citibank, N.A. | $ 421.82 | $ 0.00 |
| 7 -1 | Ashley Funding Services LLC | $ 36.91 | $ 0.00 |
| 8 -1 | Ashley Funding Services LLC | $ 207.08 | $ 0.00 |
| 9 -1 | Ashley Funding Services LLC | $ 91.37 | $ 0.00 |
| 10 -2 | Capital One, N.A. | $ 2,492.59 | $ 0.00 |
| 11 -1 | eCAST Settlement Corporation, assignee | $ 1,435.58 | $ 0.00 |
| 12 -1 | eCAST Settlement Corporation, assignee | $ 4,455.34 | $ 0.00 |

TFR (4/1/2009)

| 13 -1 | Portfolio Investments II LLC | $ | 805.53 | $ | 0.00 |
| 15 -1 | Portfolio Investments II LLC | $ | 988.13 | $ | 0.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|---|
| | | N/A | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|---|
| | | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**TFR (4/1/2009)**

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Winston-Salem Division

IN RE:

Robert Wayne Whipkey a/w Cheryl Ives
Whipkey,

Case No. B  12-51178 C-7W

                              Debtor(s).

## SUMMARY OF SERVICES RENDERED BY EDWIN H. FERGUSON, JR

From August 16, 2012, through the closing of this case, the undersigned has and will perform professional services for the estate in the capacity of Trustee. Attached hereto is an itemization of time expended and expenses incurred in the performance of these services.

| Name/Title | Hours spent |
|---|---|
| EDWIN H. FERGUSON, JR., Trustee | 7.0 |
| Marsha J. Greene, Paralegal | 20.5 |
| Total: | 27.5 |

Pursuant to Section 326(a), Trustee's compensation would be as follows (Calculated on Total Disbursements) based on formula per petition filing date:

| | |
|---|---|
| 25% of first $5,000.00 ($1,250.00 maximum) | $875.00 |
| 10% of next $45,000.00 ($4,500.00 maximum) | $0.00 |
| 5% of next $950,000.00 ($47,500.00 maximum) | $0.00 |
| 3% of balance | $0.00 |

| | | |
|---|---|---|
| Total Disbursements and Projected Disbursements | | $0.00 |
| | | |
| Total Compensations | | $875.00 |
| | | |
| Expenses---See attached itemization for detail: | | $82.75 |
| | | |
| **Total Amount Requested** | | **$957.75** |

Respectfully submitted today, August 28, 2013,

/s/ Edwin H. Ferguson, Jr.
EDWIN H. FERGUSON, JR.
Attorney for Trustee
N.C. State Bar No.  6148
65 McCachern Blvd., P.O. Box 444
Concord, NC  28026-0444
Telephone:  (704) 788-3211

# **BIOGRAPHICAL INFORMATION**

<u>EDWIN H. FERGUSON, JR.</u> - is engaged in the private practice of law in Concord, North Carolina, and is a member of the law firm of Ferguson, Scarbrough & Hayes, P.A. and devotes a substantial part of his practice to the field of bankruptcy. The Applicant received his undergraduate degree from Wake Forest University and his law degree from Wake Forest University. The Applicant has been engaged in the practice of law since 1974 and enjoys a rating of "a v" by <u>Martindale-Hubbell</u> in the legal profession.

In addition, this Applicant has attended numerous continuing legal education seminars devoted to bankruptcy, and on occasion has served as a lecturer. In the practice of law the Applicant devotes over 40% of his time to bankruptcy-related matters and is generally known in his community as a specialist in the field of bankruptcy law. The Applicant is a member of the Chapter Seven (7) Panel of Trustees since the panel's inception and is a member of the Bankruptcy Section of the North Carolina Bar Association, the North Carolina Bar Association, American Bar Association, and the National Association of Bankruptcy Trustee.

<u>MARSHA J. GREENE</u> - Has worked in the litigation area of law for a period of 6 years prior to joining the firm of Ferguson, Scarbrough, Hayes, Hawkins & DeMay, P.A. She received an Associates Degree in Applied Sciences – Legal Secretary with honors from Central Piedmont Community College in 1995. Marsha became a member of the North Carolina Bar Association, Legal Assistants division in August 2005 and was awarded the North Carolina Certified Paralegal designation in January 2006. Marsha joined the Bankruptcy Section of Ferguson, Scarbrough, Hayes, Hawkins & DeMay, P.A. in October of 1999, assisting Edwin H. Ferguson, Jr., in his role as a member of the panel of Chapter 7 Trustees and assisting generally in reorganization cases.

<u>HOLLY G. HILL</u> - Graduated from The University of North Carolina at Charlotte with a Bachelor's Degree in Business Administration in 2009. Holly joined the law firm of Ferguson, Scarbrough, Hayes, Hawkins & DeMay, P.A. in August 2010 and began assisting Edwin H. Ferguson, Jr., in his role as a member of the panel of Chapter 7 Trustees in February 2011.

Debtor - Robert Wayne Whipkey a/w Cheryl Ives Whipkey

Bankruptcy Case Number -- B -12-51178 C-7W

Our Case Number -- 12-88199

Bankruptcy Petition Filed / Trustee Appointed 8/16/12

| Invoice Date | Staff | Hours | Rate | Total |
|---|---|---|---|---|
| | **Trustee Time / Paralegal for Trustee Time** | | | |
| 8/28/2013 | Trustee - Edwin H. Ferguson, Jr. (ETR) | 7 | $0.00 | $0.00 |
| 8/28/2013 | Paralegal/Trustee - Marsha J. Greene (PTR) | 20.5 | $0.00 | $0.00 |
| | **Total** | **27.5** | | **$0.00** |

| Reimbursements (Copies & Postage) Summary | |
|---|---|
| 8/28/2013 Copies Reimbursement | $66.25 |
| 8/28/2013 Postage Reimbursement | $10.37 |
| 8/28/2013 Bond Reimbursement | $6.13 |
| **Total Reimbursements** | **$82.75** |

**Debtor - Robert Wayne Whipkey a/w Cheryl Ives Whipkey**

**Bankruptcy Case Number -- B -12-51178 C-7W**

**Our Case Number -- 12-88199**

**Bankruptcy Petition Filed / Trustee Appointed 8/16/12**

| Date | Work Performed | Staff | Hours | Rate/Price | Billed Amt |
|---|---|---|---|---|---|
| 8/17/2012 | Prepare new case - - set-up in Caselink, TimeMatters, Download Necessary Petition Documents, Prep Initial Info Sheet for 341, Review new case for possible assets | PTR | 1 | $0.00 | $0.00 |
| 9/2/2012 | Rec'd Request for Notices filed by Capital One, NA - added creditor to contacts & linked to matter | PTR | 0.2 | $0.00 | $0.00 |
| 9/20/2012 | Review with Paralegal Newly Assigned Trustee Case / Preparation for Initial 341 Meeting | ETR | 0.3 | $0.00 | $0.00 |
| 9/21/2012 | Attendance at Initial 341 Meeting | PTR | 0.2 | $0.00 | $0.00 |
| 9/21/2012 | Attendance at Initial 341 Meeting - Meeting Concluded | ETR | 0.2 | $0.00 | $0.00 |
| 9/24/2012 | Open New Asset File, Change Info in TimeMatters and CaseLink to show new asset case, Print remaining petition documents, type label, organize file, Prep Possible Asset Sheet and Determine issues in case | PTR | 1 | $0.00 | $0.00 |
| 9/24/2012 | Input Assets into CaseLink / Determine Each Asset's Status | PTR | 0.5 | $0.00 | $0.00 |
| 10/16/2012 | Review file for Need for ET to Obj to Prop Ex or Discharge / No Apparent discharge issues to date // Possible Exemption Issues //Gave to Trustee for further review | PTR | 0.3 | $0.00 | $0.00 |
| 10/16/2012 | Review for Exemption/Discharge Issues - Determined no issues - No need for ET | ETR | 0.2 | $0.00 | $0.00 |
| 10/17/2012 | Met with Trustee to review new case for possible Issues and/or next step - Unprotected Equity in 3 Vehicles = $4,298 | PTR | 0.3 | $0.00 | $0.00 |
| 10/17/2012 | Met with Paralegal to review new case for possible Issues and/or next step - Unprotected Equity in 3 Vehicles= $4,298 - Dictation of Letter to Atty/Debtor | ETR | 0.3 | $0.00 | $0.00 |
| 10/18/2012 | Transcription, Preparation, Review with Trustee and Mailing - Letter to Vrsecky re: unprotected equity in 3 vehicles | PTR | 0.4 | $0.00 | $0.00 |
| 10/18/2012 | Review, Approve & Signing - Letter to Vrsecky re: unprotected equity in 3 vehicles | ETR | 0.2 | $0.00 | $0.00 |
| 11/7/2012 | Met with Trustee to review case - no response from Atty/Debtor to 10/18 Letter re: possible offer for unprotected equity in 3 vehicles - Next Step? | PTR | 0.3 | $0.00 | $0.00 |

| Date | Description | | Hrs | | |
|---|---|---|---|---|---|
| 11/7/2012 | Met with Paralegal to review case - no response from Atty/Debtor to 10/18 Letter re: possible offer for unprotected equity in 3 vehicles - Dictation of Letter to Debtors regarding same - Auctioneer to pick up vehicles to sell | ETR | 0.3 | $0.00 | $0.00 |
| 11/8/2012 | Transcription, Preparation, Review with Trustee and Mailing - Letter to Debtors re: unprotected equity in prop - no answer from atty/debtor to Trustee's 10/18 letter regarding same | PTR | 0.4 | $0.00 | $0.00 |
| 11/8/2012 | Review, Approve & Signing - Letter to Debtors re: Unprotected Equity in Vehicles | ETR | 0.2 | $0.00 | $0.00 |
| 11/14/2012 | Telephone Call w/ Wayne Mendenhall - advised that when he went to pick up the 3 vehicles the debtor advised that they had forwarded a check to Trustee to Compromise the 3 vehicles - we told him to hold off and we would see if we receive the check | PTR | 0.3 | $0.00 | $0.00 |
| 11/20/2012 | Break Out into Accordian Folder - Print Labels & Separate Documents into appropriate folders | PTR | 0.2 | $0.00 | $0.00 |
| 11/20/2012 | Rec'd $3,500.00 from Debtors as full payment to Compromise 3 Vehicles - Receipted in CaseLink | PTR | 0.3 | $0.00 | $0.00 |
| 11/20/2012 | Review and Approval of Receipt of monies into CaseLink | ETR | 0.2 | $0.00 | $0.00 |
| 11/21/2012 | Preparation, Review with Trustee, Service, and ECF filing -- Notice of Assets | PTR | 0.3 | $0.00 | $0.00 |
| 11/21/2012 | Prep for Deposit / UPS out to Bank in New York, NY / Allocate monies to appropriate asset - Funds from Debtors to Compromise 3 Vehicles | PTR | 0.4 | $0.00 | $0.00 |
| 11/21/2012 | Review and Approve Notification of Assets | ETR | 0.2 | $0.00 | $0.00 |
| 11/26/2012 | Rec'd Notice to File Claims - Put Creditor Bar Date on Calendar with ToDo | PTR | 0.2 | $0.00 | $0.00 |
| 11/29/2012 | Rec'd Order Discharging Debtor - updated info in matter | PTR | 0.2 | $0.00 | $0.00 |
| 11/30/2012 | Rec'd Notice of Tentative HRG on Motion to Approve Settlement - put No Protest DDLN on calendar with ToDo | PTR | 0.2 | $0.00 | $0.00 |
| 11/30/2012 | Balance / Review Monthly Bank Reconciliation w/ Bank Statement | PTR | 0.2 | $0.00 | $0.00 |
| 11/30/2012 | Review Monthly Bank Reconciliation & Bank Statement | ETR | 0.2 | $0.00 | $0.00 |
| 12/20/2012 | Rec'd signed Order granting Motion to Approve Settlement - updated info in matter | PTR | 0.2 | $0.00 | $0.00 |
| 12/31/2012 | Balance / Review Monthly Bank Reconciliation w/ Bank Statement | PTR | 0.2 | $0.00 | $0.00 |
| 12/31/2012 | Review Monthly Bank Reconciliation & Bank Statement | ETR | 0.2 | $0.00 | $0.00 |
| 1/15/2013 | Prep, review and filing via ECF - Qtrly Interim Report | PTR | 0.5 | $0.00 | $0.00 |
| 1/15/2013 | Review / Approve Qtrly Interim Report | ETR | 0.2 | $0.00 | $0.00 |

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/31/2013 | Balance / Review Monthly Bank Reconciliation w/ Bank Statement | PTR | 0.2 | $0.00 | $0.00 |
| 1/31/2013 | Review Monthly Bank Reconciliation & Bank Statement | ETR | 0.2 | $0.00 | $0.00 |
| 2/21/2013 | Prep for 2/26 Creditor Bar Date - Print Claims Register & Import 10 Claims into CaseLink, Review for Acct #'s and Input into CaseLink - Determined No Need for Trustee-Filed Claims, Sufficient Claims filed by Creditors | PTR | 0.8 | $0.00 | $0.00 |
| 2/28/2013 | Balance / Review Monthly Bank Reconciliation w/ Bank Statement | PTR | 0.2 | $0.00 | $0.00 |
| 2/28/2013 | Review Monthly Bank Reconciliation & Bank Statement | ETR | 0.2 | $0.00 | $0.00 |
| 3/29/2013 | Balance / Review Monthly Bank Reconciliation w/ Bank Statement | PTR | 0.2 | $0.00 | $0.00 |
| 3/29/2013 | Review Monthly Bank Reconciliation & Bank Statement | ETR | 0.2 | $0.00 | $0.00 |
| 4/11/2013 | Prep, review and filing via ECF - Qtrly Interim Report | PTR | 0.5 | $0.00 | $0.00 |
| 4/11/2013 | Review / Approve Qtrly Interim Report | ETR | 0.2 | $0.00 | $0.00 |
| 4/30/2013 | Balance / Review Monthly Bank Reconciliation w/ Bank Statement | PTR | 0.2 | $0.00 | $0.00 |
| 4/30/2013 | Review Monthly Bank Reconciliation & Bank Statement | ETR | 0.2 | $0.00 | $0.00 |
| 5/31/2013 | Balance / Review Monthly Bank Reconciliation w/ Bank Statement | PTR | 0.2 | $0.00 | $0.00 |
| 5/31/2013 | Review Monthly Bank Reconciliation & Bank Statement | ETR | 0.2 | $0.00 | $0.00 |
| 6/19/2013 | SCANNED & Linked to Matter - Claim #10 for Capital One | PTR | 0.1 | $0.00 | $0.00 |
| 6/28/2013 | Balance / Review Monthly Bank Reconciliation w/ Bank Statement | PTR | 0.2 | $0.00 | $0.00 |
| 6/28/2013 | Review Monthly Bank Reconciliation & Bank Statement | ETR | 0.2 | $0.00 | $0.00 |
| 7/15/2013 | Import remaining claims, Reviewed Claims Register /Determined Objections Needed on Several Claims - Gave to Trustee for Final Review | PTR | 1 | $0.00 | $0.00 |
| 7/15/2013 | Prep, review and filing via ECF - Qtrly Interim Report | PTR | 0.5 | $0.00 | $0.00 |
| 7/15/2013 | Reviewed Claims Register and 15 Claims - Determined Objections needed on 4 Claims | ETR | 0.7 | $0.00 | $0.00 |
| 7/15/2013 | Review / Approve Qtrly Interim Report | ETR | 0.2 | $0.00 | $0.00 |
| 7/16/2013 | Preparation, Review with Trustee, Service, and ECF filing - Obj to Claim #4 - American InfoSource | PTR | 0.3 | $0.00 | $0.00 |
| 7/16/2013 | Preparation, Review with Trustee, Service, and ECF filing -- Obj to Claim #6 - Bank of America | PTR | 0.3 | $0.00 | $0.00 |
| 7/16/2013 | Preparation, Review with Trustee, Service, and ECF filing -- Obj to Claim #10 - Capital One | PTR | 0.3 | $0.00 | $0.00 |

| Date | Description | | Hours | Amount | Total |
|------|-------------|---|-------|--------|-------|
| 7/16/2013 | Preparation, Review with Trustee, Service, and ECF filing -- Obj to Claim #14 - Portfolio Investments, II | PTR | 0.3 | $0.00 | $0.00 |
| 7/16/2013 | Preparation, Review with Trustee, Service, and ECF filing -- Notice of Ttees Obj to Claims | PTR | 0.3 | $0.00 | $0.00 |
| 7/19/2013 | Review and Approval of Objection to 4 Claims & Prop. Notice of Obj to Claims | ETR | 0.5 | $0.00 | $0.00 |
| 7/22/2013 | Rec'd Filed / Dated Notice of Ttee's Objections to Claims - Put No Protest DDLN on Calendar with ToDo | PTR | 0.2 | $0.00 | $0.00 |
| 7/23/2013 | Preparation, Review with Trustee, Service, and ECF filing - Cert of Service on Ttee's Objections to Claims; Service of Objection & Dated Notice on 4 Creditors | PTR | 0.5 | $0.00 | $0.00 |
| 7/31/2013 | Balance / Review Monthly Bank Reconciliation w/ Bank Statement | PTR | 0.2 | $0.00 | $0.00 |
| 7/31/2013 | Review Monthly Bank Reconciliation & Bank Statement | ETR | 0.2 | $0.00 | $0.00 |
| 8/23/2013 | Preparation, Review with Trustee and ECF Filing - Prop Order on Ttee's Obj to Claims | PTR | 0.5 | $0.00 | $0.00 |
| 8/26/2013 | Review and Approve Prop Order on Ttee's Obj to Claims | ETR | 0.3 | $0.00 | $0.00 |
| 8/27/2013 | Rec'd signed Order granting Ttee's Objs to Claims - updated Claims in CaseLink to show correct treatment | PTR | 0.5 | $0.00 | $0.00 |
| 8/28/2013 | Review of File for Final Docket Report, Claims Register, Fee Billing Issues, Expense Billing Issues, generally cleaning up loose ends before Preparation of Final Report Documents | PTR | 2.5 | $0.00 | $0.00 |
| 8/28/2013 | Draft, Prep for Filing via ECF & Mailing to BA - Final Report and Account; Schedule of Distribution; Final Disbursement Checks; Preparation of Supplementary Report; and other documents as may be required to resolve and close estate | PTR | 2.5 | $0.00 | $0.00 |
| 8/28/2013 | Review and Mtg with Paralegal re: Final Report and Account; Schedule of Distribution; disburse checks; Preparation of supplementary Report; and other documents as may be required to resolve and close estate | ETR | 0.8 | $0.00 | $0.00 |
| 8/31/2013 | Balance / Review Monthly Bank Reconciliation w/ Bank Statement | PTR | 0.2 | $0.00 | $0.00 |
| 8/31/2013 | Review Monthly Bank Reconciliation & Bank Statement | ETR | 0.2 | $0.00 | $0.00 |
| | | | 27.5 | | |

# Expense Worksheet
## Period: 01/01/00 - 08/28/13
### Trustee: Edwin H. Ferguson, Jr. (530160)

| | |
|---|---|
| **Case Number:** 12-51178 | **Case Name:** WHIPKEY, ROBERT WAYNE |
| **Case Type:** Assets | **Judge:** Aron, Catharine R |
| **Petition Date:** 08/16/12 | **341a Meeting:** 09/21/12  09:00 |

**Category:** COPIES

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/24/13 | Copy Final Report/Cks/Future Copies | 50.00 | $0.250 | $12.50 |
| 07/24/13 | Copies 8/12 - 8/13 | 215.00 | $0.250 | $53.75 |
| | **Total for category  COPIES:** | **265.00** | | **$66.25** |

**Category:** POSTAGE

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/24/13 | Mail Final Report to BA | 1.00 | $2.150 | $2.15 |
| 07/24/13 | Postage 8/12 - 12/12 | 6.00 | $0.450 | $2.70 |
| 07/24/13 | Mail Creditor Cks/Letters | 12.00 | $0.460 | $5.52 |
| | **Total for category  POSTAGE:** | **19.00** | | **$10.37** |

**Category:** TRUSTEE BOND

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 04/12/13 | Term - 3/1/13 - 3/1/14 | 1.00 | $6.130 | $6.13 |
| | **Total for category  TRUSTEE BOND:** | **1.00** | | **$6.13** |
| | **Total for case  12-51178:** | | | **$82.75** |

| | |
|---|---|
| **Grand Total:** | **$82.75** |

# Middle District of North Carolina
# Claims Register

## 12-51178 Robert Wayne Whipkey and Cheryl Ives Whipkey

**Bankruptcy Judge:** Catharine R. Aron    **Chapter:** 7
**Office:** Winston-Salem    **Last Date to file claims:** 02/26/2013
**Trustee:** Edwin H. Ferguson Jr.    **Last Date to file (Govt):**

| Creditor: (785065625)<br>Discover Bank DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim No: 1<br>*Original Filed Date:* 11/29/2012<br>*Original Entered Date:* 11/29/2012 | Status:<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $5803.56 | |
|---|---|---|---|
| Unsecured | claimed: | $5803.56 | |

*History:*

| Details | 1-1 | 11/29/2012 | Claim #1 filed by Discover Bank DB Servicing Corporation, Amount claimed: $5803.56 (admin) |
|---|---|---|---|

*Description:*
*Remarks:* (1-1) Account Number (last 4 digits):1010

| Creditor: (785012600)<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Claim No: 2<br>*Original Filed Date:* 12/05/2012<br>*Original Entered Date:* 12/05/2012 | Status:<br>*Filed by:* CR<br>*Entered by:* Jamie Brown<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $8123.61 | |
|---|---|---|---|
| Secured | claimed: | $0.00 | |
| Priority | claimed: | $7431.91 | |

*History:*

| Details | 2-1 | 12/05/2012 | Claim #2 filed by Internal Revenue Service, Amount claimed: $8123.61 (Brown, Jamie ) |
|---|---|---|---|

*Description:*
*Remarks:*

| Creditor: (785069253)<br>Dell Financial Services LLC<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim No: 3<br>*Original Filed Date:* 12/05/2012<br>*Original Entered Date:* 12/05/2012 | Status:<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $4124.06 | |
|---|---|---|---|
| Unsecured | claimed: | $4124.06 | |

History:

| Details | 3-1 | 12/05/2012 | Claim #3 filed by Dell Financial Services LLC, Amount claimed: $4124.06 (admin) |

Description:

Remarks: (3-1) Account Number (last 4 digits):9306

---

| Creditor: (785078871)<br>American InfoSource LP as agent for<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim No: 4<br>Original Filed<br>Date: 12/24/2012<br>Original Entered<br>Date: 12/24/2012 | Status:<br>Filed by: CR<br>Entered by: admin<br>Modified: |

| Amount | claimed: | $1081.26 | |
| Unsecured | claimed: | $1081.26 | |

History:

| Details | 4-1 | 12/24/2012 | Claim #4 filed by American InfoSource LP as agent for, Amount claimed: $1081.26 (admin) |

Description:

Remarks: (4-1) Account Number (last 4 digits):2714

---

| Creditor: (785083668)<br>Citibank, N.A.<br>c/o American InfoSource LP<br>POB 248840<br>Oklahoma City, OK 73124-8840 | Claim No: 5<br>Original Filed<br>Date: 01/07/2013<br>Original Entered<br>Date: 01/07/2013 | Status:<br>Filed by: CR<br>Entered by: M. Glenn<br>Modified: |

| Amount | claimed: | $421.82 | |

History:

| Details | 5-1 | 01/07/2013 | Claim #5 filed by Citibank, N.A., Amount claimed: $421.82 (Glenn, M. ) |

Description: (5-1) Credit Card Charges

Remarks:

---

| Creditor: (785085892)<br>The Bank of New York Mellon, et al<br>c/o Prober & Raphael, A Law<br>Corporation<br>P.O. Box 4365<br>Woodland Hills, CA 91365-4365 | Claim No: 6<br>Original Filed<br>Date: 01/11/2013<br>Original Entered<br>Date: 01/11/2013 | Status:<br>Filed by: CR<br>Entered by: admin<br>Modified: |

| Amount | claimed: | $38550.04 | |
| Secured | claimed: | $38550.04 | |

History:

| Details | 6-1 | 01/11/2013 | Claim #6 filed by The Bank of New York Mellon, et al, Amount claimed: $38550.04 (admin) |

Description:

Remarks: (6-1) Account Number (last 4 digits):0989

---

| Creditor: (785097394) | Claim No: 7 | Status: |

| Ashley Funding Services LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | *Original Filed<br>Date:* 02/05/2013<br>*Original Entered<br>Date:* 02/05/2013 | *Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

| Amount | claimed: | $36.91 | |
| Unsecured | claimed: | $36.91 | |

*History:*

| Details | 7-1 | 02/05/2013 | Claim #7 filed by Ashley Funding Services LLC, Amount claimed: $36.91 (admin) |

*Description:*

*Remarks:* (7-1) Account Number (last 4 digits):5330

---

| *Creditor:* (785097394)<br>Ashley Funding Services LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 8**<br>*Original Filed<br>Date:* 02/05/2013<br>*Original Entered<br>Date:* 02/05/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

| Amount | claimed: | $207.08 | |
| Unsecured | claimed: | $207.08 | |

*History:*

| Details | 8-1 | 02/05/2013 | Claim #8 filed by Ashley Funding Services LLC, Amount claimed: $207.08 (admin) |

*Description:*

*Remarks:* (8-1) Account Number (last 4 digits):5590

---

| *Creditor:* (785097394)<br>Ashley Funding Services LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 9**<br>*Original Filed<br>Date:* 02/05/2013<br>*Original Entered<br>Date:* 02/05/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

| Amount | claimed: | $91.37 | |
| Unsecured | claimed: | $91.37 | |

*History:*

| Details | 9-1 | 02/05/2013 | Claim #9 filed by Ashley Funding Services LLC, Amount claimed: $91.37 (admin) |

*Description:*

*Remarks:* (9-1) Account Number (last 4 digits):5130

---

| *Creditor:* (785097477)<br>Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite &#035;200<br>Tucson, AZ 85712 | **Claim No: 10**<br>*Original Filed<br>Date:* 02/05/2013<br>*Original Entered<br>Date:* 02/05/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

| Amount | claimed: | $2492.59 | |

| Priority | claimed: | $2492.59 | |

*History:*

| Details | 10-1 | 02/05/2013 | Claim #10 filed by Capital One, N.A., Amount claimed: $2492.59 (admin) |

*Description:*

*Remarks:* (10-1) Account Number (last 4 digits):9040

---

| *Creditor:* (785107807)<br>eCAST Settlement Corporation,<br>assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | **Claim No: 11**<br>*Original Filed*<br>*Date:* 02/26/2013<br>*Original Entered*<br>*Date:* 02/26/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Thomas Ambrose Lee, III<br>*Modified:* |

| Amount | claimed: | $1435.58 | |

*History:*

| Details | 11-1 | 02/26/2013 | Claim #11 filed by eCAST Settlement Corporation, assignee, Amount claimed: $1435.58 (Lee, Thomas ) |

*Description:* (11-1) CREDIT CARD DEBT

*Remarks:*

---

| *Creditor:* (785107808)<br>eCAST Settlement Corporation,<br>assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | **Claim No: 12**<br>*Original Filed*<br>*Date:* 02/26/2013<br>*Original Entered*<br>*Date:* 02/26/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Thomas Ambrose Lee, III<br>*Modified:* |

| Amount | claimed: | $4455.34 | |

*History:*

| Details | 12-1 | 02/26/2013 | Claim #12 filed by eCAST Settlement Corporation, assignee, Amount claimed: $4455.34 (Lee, Thomas ) |

*Description:* (12-1) CREDIT CARD DEBT

*Remarks:*

---

| *Creditor:* (785108076)<br>Portfolio Investments II LLC<br>c/o Recovery Management Systems<br>Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | **Claim No: 13**<br>*Original Filed*<br>*Date:* 02/26/2013<br>*Original Entered*<br>*Date:* 02/26/2013 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

| Amount | claimed: | $805.53 | |
| Unsecured | claimed: | $805.53 | |

*History:*

| Details | 13-1 | 02/26/2013 | Claim #13 filed by Portfolio Investments II LLC, Amount claimed: $805.53 (admin) |

*Description:*

*Remarks:* (13-1) Account Number (last 4 digits):9870

| Creditor: (785108076)<br>Portfolio Investments II LLC<br>c/o Recovery Management Systems<br>Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Claim No: 14<br>Original Filed<br>Date: 02/26/2013<br>Original Entered<br>Date: 02/26/2013 | Status:<br>Filed by: CR<br>Entered by: admin<br>Modified: |
|---|---|---|

| Amount | claimed: | $1611.08 | |
|---|---|---|---|
| Unsecured | claimed: | $1611.08 | |

*History:*

| Details | 14-1 | 02/26/2013 | Claim #14 filed by Portfolio Investments II LLC, Amount claimed: $1611.08 (admin) |
|---|---|---|---|

*Description:*

Remarks: (14-1) Account Number (last 4 digits):9870

| Creditor: (785108076)<br>Portfolio Investments II LLC<br>c/o Recovery Management Systems<br>Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Claim No: 15<br>Original Filed<br>Date: 02/26/2013<br>Original Entered<br>Date: 02/26/2013 | Status:<br>Filed by: CR<br>Entered by: admin<br>Modified: |
|---|---|---|

| Amount | claimed: | $988.13 | |
|---|---|---|---|
| Unsecured | claimed: | $988.13 | |

*History:*

| Details | 15-1 | 02/26/2013 | Claim #15 filed by Portfolio Investments II LLC, Amount claimed: $988.13 (admin) |
|---|---|---|---|

*Description:*

Remarks: (15-1) Account Number (last 4 digits):1710

## Claims Register Summary

**Case Name:** Robert Wayne Whipkey and Cheryl Ives Whipkey
**Case Number:** 12-51178
**Chapter:** 7
**Date Filed:** 08/16/2012
**Total Number Of Claims:** 15

| Total Amount Claimed* | $70227.96 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $38550.04 | |
| **Priority** | $9924.50 | |
| **Administrative** | | |