# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In re: WHIPKEY, ROBERT WAYNE § Case No. 12-51178
      WHIPKEY, CHERYL IVES §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Edwin H. Ferguson, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $256,944.52      Assets Exempt: $83,987.27

Total Distribution to Claimants: $1,973.25      Claims Discharged Without Payment: $68,424.14

Total Expenses of Administration: $1,526.75

---

    3) Total gross receipts of $ 3,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $3,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**TDR (4/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $138,706.00 | $38,550.04 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,526.75 | 1,526.75 | 1,526.75 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 7,431.91 | 7,431.91 | 1,973.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,776.45 | 24,246.01 | 21,553.67 | 0.00 |
| **TOTAL DISBURSEMENTS** | $198,482.45 | $71,754.71 | $30,512.33 | $3,500.00 |

    4) This case was originally filed under Chapter 7 on August 16, 2012.
. The case was pending for 16 months.

    5) A copy of the final bank statement of the estate, reflecting a zero balance, has been submitted to the Bankruptcy Administrator.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/04/2013    By: /s/Edwin H. Ferguson, Jr.
                                   Trustee

**TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 1999 Chevrolet Express Van; 125K Miles; 90% NADA | 1129-000 | 1,236.55 |
| 2001 Chrysler PT Cruiser; 217 K Miles; 90% NADA | 1129-000 | 1,245.71 |
| 2002 24" Pioneer Travel Trailer | 1129-000 | 1,017.74 |
| **TOTAL GROSS RECEIPTS** | | $3,500.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon, et al | 4110-000 | N/A | 38,550.04 | 0.00 | 0.00 |
| Bank Of America, N.a. | 4110-000 | 138,706.00 | N/A | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $138,706.00 | $38,550.04 | $0.00 | $0.00 |

**TDR (4/1/2009)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EDWIN H. FERGUSON, JR. | 2200-000 | N/A | 82.75 | 82.75 | 82.75 |
| Ferguson, Scarbrough, Hayes, Hawkins, & DeMay, PA | 3110-000 | N/A | 449.00 | 449.00 | 449.00 |
| EDWIN H. FERGUSON, JR. | 2100-000 | N/A | 875.00 | 875.00 | 875.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,526.75 | $1,526.75 | $1,526.75 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**TDR (4/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | N/A | 7,431.91 | 7,431.91 | 1,973.25 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $7,431.91 | $7,431.91 | $1,973.25 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank DB Servicing Corporation | 7100-000 | 5,798.00 | 5,803.56 | 5,803.56 | 0.00 |
| Internal Revenue Service | 7100-000 | N/A | 691.70 | 691.70 | 0.00 |
| Dell Financial Services LLC | 7100-000 | 3,899.00 | 4,124.06 | 4,124.06 | 0.00 |
| American InfoSource LP as agent for | 7100-000 | N/A | 1,081.26 | 0.00 | 0.00 |
| Citibank, N.A. | 7100-000 | 376.00 | 421.82 | 421.82 | 0.00 |
| Ashley Funding Services LLC | 7100-000 | N/A | 36.91 | 36.91 | 0.00 |
| Ashley Funding Services LLC | 7100-000 | 540.36 | 207.08 | 207.08 | 0.00 |
| Ashley Funding Services LLC | 7100-000 | 128.28 | 91.37 | 91.37 | 0.00 |
| Capital One, N.A. | 7100-000 | N/A | 2,492.59 | 2,492.59 | 0.00 |
| eCAST Settlement Corporation, assignee | 7100-000 | 1,435.00 | 1,435.58 | 1,435.58 | 0.00 |
| eCAST Settlement Corporation, assignee | 7100-000 | 4,395.00 | 4,455.34 | 4,455.34 | 0.00 |
| Portfolio Investments II LLC | 7100-000 | 805.00 | 805.53 | 805.53 | 0.00 |
| Portfolio Investments II LLC | 7100-000 | N/A | 1,611.08 | 0.00 | 0.00 |
| Portfolio Investments II LLC | 7100-000 | 988.00 | 988.13 | 988.13 | 0.00 |
| Greensboro Radiology, PA | 7100-000 | 339.81 | N/A | 0.00 | 0.00 |
| Dba Paragon Revenue Gr | 7100-000 | 1,955.00 | N/A | 0.00 | 0.00 |
| Dell Business Credit | 7100-000 | 1,899.38 | N/A | 0.00 | 0.00 |

**TDR (4/1/2009)**

| Creditor | Code | Amount | | Paid | |
|---|---|---|---|---|---|
| Ibm Southeast Emp Fcu | 7100-000 | 4,646.00 | N/A | 0.00 | 0.00 |
| Dba Paragon Revenue Gr | 7100-000 | 2,340.00 | N/A | 0.00 | 0.00 |
| Wake Forest Baptist Health Medical Center Blvd | 7100-000 | 22,455.72 | N/A | 0.00 | 0.00 |
| Cone Health | 7100-000 | 4,295.90 | N/A | 0.00 | 0.00 |
| Chase- Bp | 7100-000 | 689.00 | N/A | 0.00 | 0.00 |
| Absolute Collect Svc | 7100-000 | 394.00 | N/A | 0.00 | 0.00 |
| Cap1/bstby | 7100-000 | 2,397.00 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $59,776.45 | $24,246.01 | $21,553.67 | $0.00 |

**TDR (4/1/2009)**

Exhibit 8
Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-51178  
**Case Name:** WHIPKEY, ROBERT WAYNE  
                 WHIPKEY, CHERYL IVES  
**Period Ending:** 12/04/13

**Trustee:** (530160) Edwin H. Ferguson, Jr.  
**Filed (f) or Converted (c):** 08/16/12 (f)  
**§341(a) Meeting Date:** 09/21/12  
**Claims Bar Date:** 02/26/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2803 Dillard Road, Madison NC 27025, Entirety<br>   Lien: Mortgage account opened 4/05  -  Amount: 138706.00;<br>   Lien: Revolving account opened 4/05  -  Amount: 38550.00 | 217,400.00 | 0.00 | | 0.00 | FA |
| 2 | First Citizens Bank Checking Account - FD | 701.71 | 0.00 | | 0.00 | FA |
| 3 | First Citizens Bank Checking/ Savings Account in | 957.32 | 0.00 | | 0.00 | FA |
| 4 | Clothing, Personal, Kitchen Appliances, Stove, R | 2,775.00 | 0.00 | | 0.00 | FA |
| 5 | State Farm Life Insurance Policy:  - MD | 3,500.00 | 0.00 | | 0.00 | FA |
| 6 | First Citizens Investor Services IRA  - MD | 23,285.49 | 0.00 | | 0.00 | FA |
| 7 | 1999 Chevrolet Express Van; 125K Miles; 90% NADA | 3,037.50 | 1,518.75 | | 1,236.55 | FA |
| 8 | 2001 Chrysler PT Cruiser; 217 K Miles; 90% NADA | 3,060.00 | 1,530.00 | | 1,245.71 | FA |
| 9 | 2002 24" Pioneer Travel Trailer | 2,500.00 | 1,250.00 | | 1,017.74 | FA |
| 10 | 2008 Chrysler PT Cruiser; 83K Miles - MD only | 8,325.00 | 0.00 | | 0.00 | FA |
| **10** | **Assets**  Totals (Excluding unknown values) | **$265,542.02** | **$4,298.75** | | **$3,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     February 28, 2014      **Current Projected Date Of Final Report (TFR):**     September 26, 2013  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-51178  
**Case Name:** WHIPKEY, ROBERT WAYNE  
WHIPKEY, CHERYL IVES  
**Taxpayer ID #:** **-***1395  
**Period Ending:** 12/04/13

**Trustee:** Edwin H. Ferguson, Jr. (530160)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******54-66 - Checking Account  
**Blanket Bond:** $16,031,854.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/12 | | Vrsecky Probst & Associates, LLP | Acct #10001; Payment #1; Full Payment of Settlement on 3 Vehicles - 1999 Chevrolet Van, 2001 Chrysler PT Cruiser, 2002 24" Pioneer Trailer | | 3,500.00 | | 3,500.00 |
| | {7} | | Acct #10001; Payment #1; Full Payment of Settlement on 3 Vehicles - 1999 Chevrolet Van, 2001 Chrysler PT Cruiser, 2002 24" Pioneer Trailer   1,236.55 | 1129-000 | | | 3,500.00 |
| | {8} | | Acct #10001; Payment #1; Full Payment of Settlement on 3 Vehicles - 1999 Chevrolet Van, 2001 Chrysler PT Cruiser, 2002 24" Pioneer Trailer   1,245.71 | 1129-000 | | | 3,500.00 |
| | {9} | | Acct #10001; Payment #1; Full Payment of Settlement on 3 Vehicles - 1999 Chevrolet Van, 2001 Chrysler PT Cruiser, 2002 24" Pioneer Trailer   1,017.74 | 1129-000 | | | 3,500.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,475.00 |
| 12/31/12 | | The Bank of New York Mellon | Banking & Technology Fee | 2600-000 | | 25.00 | 3,450.00 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001053016088 20130103 | 9999-000 | | 3,450.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 3,500.00 | 3,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 3,450.00 | |
| | | | **Subtotal** | | 3,500.00 | 50.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,500.00** | **$50.00** | |

{} Asset reference(s)

Case 12-51178   Doc 58   Filed 12/04/13   Page 8 of 10

Printed: 12/04/2013 02:28 PM   V.13.13

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 12-51178 | | Trustee: | Edwin H. Ferguson, Jr. (530160) |
|---|---|---|---|---|
| Case Name: | WHIPKEY, ROBERT WAYNE | | Bank Name: | Rabobank, N.A. |
| | WHIPKEY, CHERYL IVES | | Account: | ******4866 - Checking Account |
| Taxpayer ID #: | **-***1395 | | Blanket Bond: | $16,031,854.00 (per case limit) |
| Period Ending: | 12/04/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 3,450.00 | | 3,450.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,440.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,430.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,420.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,410.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,400.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,390.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,380.00 |
| 11/04/13 | 10101 | Ferguson, Scarbrough, Hayes, Hawkins, & DeMay, PA | Dividend paid 100.00% on $449.00, Attorney for Trustee Fees (Trustee Firm); Reference: ATTORNEY FEES | 3110-000 | | 449.00 | 2,931.00 |
| 11/04/13 | 10102 | Internal Revenue Service | Dividend paid 26.55% on $7,431.91; Claim# 2P-1; Filed: $7,431.91; Reference: | 5800-000 | | 1,973.25 | 957.75 |
| 11/04/13 | 10103 | EDWIN H. FERGUSON, JR. | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 957.75 | 0.00 |
| | | | Dividend paid 100.00% on $875.00; Claim# TTEE-FEE-1; Filed: $875.00; Reference: TRUSTEE FEES               875.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $82.75; Claim# TTEEEXP-1; Filed: $82.75; Reference: TRUSTEE EXPENSES               82.75 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 3,450.00 | 3,450.00 | $0.00 |
| | | | Less: Bank Transfers | | 3,450.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,450.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $3,450.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-51178
**Case Name:** WHIPKEY, ROBERT WAYNE
WHIPKEY, CHERYL IVES
**Taxpayer ID #:** \*\*-\*\*\*1395
**Period Ending:** 12/04/13

**Trustee:** Edwin H. Ferguson, Jr. (530160)
**Bank Name:** Rabobank, N.A.
**Account:** \*\*\*\*\*\*4866 - Checking Account
**Blanket Bond:** $16,031,854.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 3,500.00 | | | | | |
| | | Net Estate : $3,500.00 | | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # \*\*\*\*-\*\*\*\*\*\*54-66** | 3,500.00 | 50.00 | 0.00 |
| **Checking # \*\*\*\*\*\*4866** | 0.00 | 3,450.00 | 0.00 |
| | $3,500.00 | $3,500.00 | $0.00 |

{} Asset reference(s)

Printed: 12/04/2013 02:28 PM    V.13.13